**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**LISA R. MURPHY**                                                                                **PLAINTIFF**
**ADC #760343**

**v.**                  **CASE NO. 1:11CV00032 BSM/HDY**

**FAUST et al.**                                                                     **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's motion to dismiss her claims against Faust [Doc. No. 7] is granted, plaintiff's claims against Faust are dismissed without prejudice, and Faust's name is removed as a party defendant.

DATED this 26th day of May 2011.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE