IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA R. MURPHY                                                                                          PLAINTIFF

v.                           CASE NO. 1:11CV00032 BSM/HDY

FAUST, Warden,
McPherson Unit et al.                                                                                 DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the court's order.

2. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 29th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE