**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**LISA R. MURPHY**                                                                                           **PLAINTIFF**

**v.**                         **CASE NO. 1:11CV00032 BSM/HDY**

**FAUST, Warden,**
**McPherson Unit et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal from order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 29th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE